No. 78–1714. POSTAL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1716. 21ST PHOENIX CORP. ET AL. *v.* ENGLISH ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1717. DOTTINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–1719. SKEHAN *v.* BOARD OF TRUSTEES OF BLOOMS-BURG STATE COLLEGE ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1721. WLLE, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 78–1722. BENNER ET AL. *v.* OSWALD ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1725. ARTICLES OF FOOD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–1726. SOUTHARD ET AL. *v.* FORBES, INC. C. A. 5th Cir. Certiorari denied.

No. 78–1727. FRESNO UNIFIED SCHOOL DISTRICT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1730. SMITH *v.* FEDERAL DEPOSIT INSURANCE CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1731. NEW MEXICO ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–1732. H. RAY BAKER, INC., ET AL. *v.* ASSOCIATED BANKING CORP. C. A. 9th Cir. Certiorari denied.